# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0243. DARDEN v. PROGRESSIVE MOUNTAIN INSURANCE COMPANY et al.

The parties in the above-styled case have filed a "Consent Motion to Extend the Period of Time for Briefing," informing this Court that although the appellant designated the portions of the record to be submitted on appeal, some pages have been omitted. The parties also assert that they are in the process of obtaining the transcript of the hearing below to supplement the record on appeal.

It appearing that the record is incomplete, we remand this case to the trial court for completion of the record. Appellant may file a new notice of appeal within 30 days of the completion of the record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/09/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*